1  Michael T. Gallagher
   **THE GALLAGHER LAW FIRM**
2  2905 Sackett St.
   Houston, TX 77098
3  (713) 222-8080
   (713) 222-0066 facsimile
4  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-7791 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Alvin Lee, et al., <br>　　　　　　Plaintiffs,<br>　　　vs.<br>Pfizer Inc., et al.<br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Alvin Lee, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010        THE GALLAGHER LAW FIRM

By: _____
Michael T. Gallagher
Attorneys for Plaintiffs

-1-

DATED: Jan. 12, 2010        DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE